UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELE COLELLA and DENISE DUSSAULT,

                  Plaintiffs,

-against-

THE REPUBLIC OF ARGENTINA,

                  Defendant.



04 Civ. 2710 (LAP)
05 Civ. 3089 (LAP)

ORDER

LORETTA A. PRESKA, Senior United States District Judge:

    Plaintiff Michele Colella has faxed to the Court what appear to be copies of bond ownership documents. Plaintiff shall provide counsel for the Republic with the same material, and counsel shall confer with Plaintiff and inform the Court by letter how they propose to proceed.

    SO ORDERED.

Dated:    New York, New York
           May 15, 2019

_____
LORETTA A. PRESKA
Senior United States District Judge

1