UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MICHELE COLELLA and DENISE DUSSAULT, <br><br> *Plaintiffs*, <br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> *Defendant.* | 04-cv-2710 (LAP) |
| MARCELO RUBEN RIGUIERO, et al., <br><br> *Plaintiffs*, <br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> *Defendant.* | 05-cv-3089 (LAP) |
| ANTONIO FORGIONE, et al, <br><br> *Plaintiffs*, <br> v. <br><br> THE REPUBLIC OF ARGENTINA, <br><br> *Defendant*. | 06-cv-15171 (LAP) |

**NOTICE OF MOTION TO DISMISS PLAINTIFFS' CLAIMS AND VACATE PLAINTIFFS' JUDGMENTS**

PLEASE TAKE NOTICE that, upon the Declaration of Rathna J. Ramamurthi, dated September 6, 2019 and all attached exhibits; and the accompanying Memorandum of Law, defendant the Republic of Argentina will move this Court at a date and time to be determined by the Court, pursuant to the Court's inherent authority and Federal Rules of Civil Procedure 60 and

41, for an order dismissing Plaintiffs' claims with prejudice and vacating Plaintiffs' judgments, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
      September 6, 2019

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Carmine D. Boccuzzi, Jr.
(cboccuzzi@cgsh.com)
Rahul Mukhi (rmukhi@cgsh.com)
One Liberty Plaza, New York,
New York 10006
(212) 225-2000

*Attorneys for the Republic of Argentina*

TO:    Michael Champlin Spencer
         Milberg Phillips Grossman LLP
         One Pennsylvania Plaza
         New York, New York 10119

         Jessica June Sleater
         Anderson Sleater LLC
         1345 Avenue of The Americas
         New York, New York 10105

         *Attorneys for Plaintiffs*