# Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHELE COLELLA AND DENISE DUSSAULT,

                              Plaintiffs,

                - against -

THE REPUBLIC OF ARGENTINA,

                              Defendant.

04 CV 2710 (LAP)

**DECLARATION OF**
Raffaele Fiorentino

Pursuant to 28 U.S.C. § 1746, Raffaele Fiorentino declares as follows:

1.     I am the head of the Legal Department of the Banca di Credito Cooperativo Terra di Lavoro (the "Bank"), a financial institution located in Casagiove, Italy. I have personal knowledge of the facts set forth herein.

2.     The Bank received a letter dated June 10, 2019 from the Republic of Argentina ("Argentina"), through its counsel Cleary Gottlieb Steen & Hamilton LLP (the "Letter"). The Letter enclosed a document appearing to be an account statement bearing the name and logo of the Bank (the "Statement"). Attached hereto as Exhibit A are true and correct copies of the Letter and the Statement.

3.     In the Letter, counsel for Argentina explained that the Statement was submitted by Mr. Michele Colella and Mrs. Denise Dussault in the above-captioned case, and asked the Bank to confirm that the Statement was authentic and that the data contained in the Statement was accurate.

4.     I reviewed the Bank's internal records and have determined that the Statement is not an authentic copy of an account statement issued by the Bank. According to the Bank's internal records, the Bank did not hold any securities on behalf of Mr. Colella on December 31,



2018 (the date of the Statement). In addition, while the Statement lists both Mr. Colella and Mrs. Dussault as purported holders of a deposit account at the Bank, the Bank's records show that only Mr. Colella has a deposit account at the Bank, not Mrs. Dussault.

5. As of the date of this Declaration, the Bank does not hold any securities on behalf of Mr. Colella or Mrs. Dussault.

6. On July 3, 2019, the Bank's legal department sent the email attached hereto as Exhibit B to Argentina's counsel, informing counsel that the Statement was inconsistent with the Bank's records for the reasons stated in the preceding two paragraphs.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 18, 2019 in Casagiove, Italy.

Raffaele Fiorentino



CLEARY GOTTLIEB STEEN & HAMILTON LLP

Via San Paolo 7
20121 Milano
T: +39 02 72 60 81
F: +39 02 86 98 44 40

Piazza di Spagna 15
00187 Roma
T: +39 06 69 52 21
F: +39 06 69 20 06 65

clearygottlieb.com

NEW YORK · WASHINGTON, D.C. · PARIGI · BRUXELLES · LONDRA
FRANCOFORTE · MOSCA · COLONIA · HONG KONG
PECHINO · BUENOS AIRES · SAN PAOLO · ABU DHABI · SEOUL

AVV. GIUSEPPE SCASSELLATI SFORZOLINI¹
AVV. ROBERTO BONSIGNORE¹
AVV. PIETRO FIORUZZI¹
AVV. VANIA PETRELLA
AVV. C FERDINANDO EMANUELE
AVV. MATTEO MONTANARO
AVV. MARCO D'OSTUNI¹
AVV. CARLO SANTORO
AVV. MATTEO BERETTA
AVV. CARLO DE VITO PISCICELLI¹
AVV. FRANCESCO DE BIASI
AVV. G. CESARE RIZZA BAJARDO
AVV. FRANCESCA GESUALDI¹
AVV. GIANLUCA FAELLA
AVV. SAVERIO VALENTINO¹
AVV. FAUSTO CARONNA
AVV. PAOLA ALBANO
AVV. GEROLAMO DA PASSANO¹
AVV. LUCIANA BELLIA
AVV. LAURA PROSPERETTI
AVV. PAOLO BERTOLI
AVV. GIANLUCA RUSSO
AVV. MARCO ZOTTA
AVV. ALESSANDRO AIRAGHI
AVV. ALESSANDRA ANSELMI
AVV. ROBERTO ARGERI
AVV. GIANLUCA ATZORI
AVV. LARISA BABIY
AVV. MANUELA BECCHIMANZI
AVV. LUCA BERNINI
AVV. CARLOTTA BONANOMI
AVV. CHIARA CAPALTI
AVV. FEDERICO CENZI VENEZZE¹ ⁴
AVV. GIULIA CHECCACCI
AVV. CLARA CIBRARIO ASSERETO
AVV. GIOVANNA CICCIOLI
AVV. FLAVIO CIOTTI

AVV. ALESSANDRO COMINO
AVV. CATHERINE COSTAGGIU
AVV. ROBERTO CUGNASCO
AVV. CRISTINA DIONISIO¹
AVV. JACOPO FIGUS DIAZ¹
AVV. LORENZO FREDDI¹
AVV. ALESSANDRO GENNARINO¹
AVV. DAVIDE RAUL GIANNI¹
AVV. ALBERTA GIANNOTTI
AVV. FRANCESCO IODICE
AVV. NATALIA LATRONICO
AVV. FRANCESCO LIBERATORI
AVV. ANDREA MANTOVANI¹
AVV. BERNARDO MASSELLA DUCCI TERI¹ ³
AVV. CHIARA MILITELLO
AVV. RICCARDO MOLÈ
AVV. ANDREA NAPOLITANO
AVV. MATTIA PAGLIERINI
AVV. CECILIA PARISINI¹ ²
AVV. SILVIA PELLEGRINO
AVV. NICOLE BRUNELLA PUPPIENI¹
AVV. PAOLO RAINELLI
AVV. EVA REGGIANI
AVV. GIULIA RIMOLDI
AVV. GIORGIO RISSO
AVV. VALERIO COSIMO ROMANO
AVV. DANILO SANTOBONI
AVV. ALICE SETARI
AVV. DAVID SINGER¹
AVV. LUCA SPORTELLI
AVV. LORENZO VITALI

1 Member of the New York Bar
2 Avocat à la Cour de Luxembourg
3 Member of the Washington, D.C. Bar
4 Avocat au Barreau de Paris

Spett.le Banca di Credito Cooperativo Terra di Lavoro S. Vincenzo de' Paoli S.C.P.A.
Via Madonna di Pompei, 4
81022 – Casagiove (CE)
*Per raccomandata a/r*
*Anticipata via fax al n. +39 0823 492527*
*Anticipata via PEC all'indirizzo bccterradilavoro@cert.bccterradilavoro.it*

Milano, 10 giugno 2019

Oggetto: Documento di sintesi dossier titoli n. 006/11828/91 in data 31 dicembre 2018 (Sigg. Michele Colella e Denise Dussault) – Richiesta di verifica

Egregi Signori,

    Vi scriviamo in nome e per conto della nostra assistita, la Repubblica Argentina, con riferimento ad alcune copie di un documento di sintesi relativo al dossier titoli n. 006/11828/91 (aperto presso la sede distaccata di Mignano Montelungo della Vostra Spettabile Banca) intestato ai Sigg.ri Michele Colella e Denise Dussault (**All. 1**).

    In base alle allegate copie dei documenti di sintesi, che sono stati depositati dai Sigg.ri Michele Colella e Denise Dussault nel procedimento n. 04-CV-2710 pendente contro la nostra assistita presso il Tribunale del Southern District of New York, risulta che il Sig. Michele Colella e/o la Sig.ra Denise Dussault sono titolari di obbligazioni emesse dalla Repubblica Argentina per un valore nominale totale pari a USD 4.550.000.

Studio associato costituito in forma di Limited Liability Partnership iscritta in Inghilterra al N° OC310280 e regolata dalla Solicitors Regulation Authority.
L'elenco degli associati con i rispettivi titoli professionali è visionabile presso la sede sita in 2 London Wall Place, Londra EC2Y 5AU.
Lo studio, o uno studio a cui è associato, ha uffici nelle città suindicate.

La nostra assistita necessita di ricevere una conferma, da parte della Vostra Spettabile Banca, sulla autenticità di tali fotocopie e sulla correttezza dei dati ivi riportati, premessa ogni opportuna verifica interna che riteniate necessaria.

Distinti saluti,

Avv. C. Ferdinando Emanuele        Avv. Francesca Gesualdi



BANCA DI CREDITO COOPERATIVO TERRA DI LAVORO S.VINCENZO DE' PAOLI S.C.P.A.
Sede Legale : Via Madonna di Pompei, 4 - 81022 CASAGROVE (CE)
Sede Direzione : Via Roma, 37 – 81049 Mignano Montelungo (CE)
Sede Distaccata : Via Annunziato Angolo Via Diaz – 81011 Avezza (CE)
Registro delle Imprese CCIAA di Caserta n. 00574970613 – Cod. ABI 08587
Iscritta all'albo delle Banche n. 562.9.0
Iscritta all'albo delle Società Cooperative n. A123837
Iscritta all'albo delle Banche e soggetta ai controlli esercitati dalla Banca d'Italia, con sede Via Nazionale, 91 – 00184 Roma (RM)
Aderente al Fondo Nazionale di Garanzia (ex D.Lgs n. 415/96), al Fondo di Garanzia dei Depositanti del Credito Cooperativo e al
Fondo di Garanzia degli Obbligazionisti del Credito Cooperativo

Tel. 0823/254111 – 254200   fax 0823/692527
mail info@bccterradilavoro.it   pec bccterradilavoro@cert.bccterradilavoro.it   sito web www.bccterradilavoro.it

## DOCUMENTO DI SINTESI
## CONTRATTO DEPOSITO A CUSTODIA E AMMINISTRAZIONE TITOLI

COLELLA MICHELE/DUSSAULT DENISE
VIA FORNILLON.18
81049 SAN PIETRO INFINE CE

DOSSIER TITOLI N.006/11828/91
NAG CLIENTE:03032086
QUALIFICA CLIENTE : CLIENTE AL DETTAGLIO

MIGNANO MONTELUNGO ,31/12/2018

### CONDIZIONI ECONOMICHE

**SPESE ANNUALI DI GESTIONE E DI AMMINISTRAZIONE**

| Voce | Importo |
|---|---|
| Titoli di Stato | € 20,00 |
| Altri Titoli | € 20,00 |
| Importo massimo complessivamente applicabile | € 20,00 |

**DATI RELATIVI ALLE OPERAZIONI SOTTODEPOSITO TITOLI N.006/11828/91 AL 31/12/2018**

| Codice Titolo | Descrizione | Quantità/Valore nominale | Divisa | Prezzo Corrente | Controvalore Lordo in Euro | KV |
|---|---|---|---|---|---|---|
| US040114AN02 | ARG GOV GLOBAL BOND 11% | US$2.000.000 | USA | 0,00000 C | 0,00 | ND |
| US040114AN02 | ARG GOV GLOBAL BOND 11% | US$800.000 | USA | 0,00000 C | 0,00 | ND |
| US040114AN02 | ARG GOV GLOBAL BOND 11% | US$900.000 | USA | 0,00000 C | 0,00 | ND |
| US040114AZ32 | ARG GOV GLOBAL BOND 11% | US$850.000 | USA | 0,00000 C | 0,00 | ND |

**TOTALE PORTAFOGLIO – CONTROVALORE AL 31/12/2018**

**ALTRE SPESE**

| Voce | Importo |
|---|---|
| Spese per produzione/invio Estratto Conto:<br>- in formato cartaceo<br>- in formato elettronico | € 0,00<br>Gratuito |
| Periodicità invio Estratto Conto: | trimestrale |
| Spese per produzione/invio Documento di Sintesi:<br>- in formato cartaceo<br>- in formato elettronico | € 0,00<br>Gratuito |
| Periodicità invio Documento di Sintesi: | annuale |
| Spese per produzione/invio di comunicazioni di variazione contrattuale | Gratuito |

PER IL CLIENTE - Pag. 1 di 3

Il presente documento di sintesi, composto da n.3 pagine rappresenta un unico atto e costituisce parte integrante del suindicato dossier titoli intestato a COLELLA MICHELE E DUSSAULT DENISE

| | |
|---|---|
| Ritiro/Consegna materiale di Titoli allo sportello | € 0,00 |
| Rendicontazione Capital Gain | € 0,00 |

### TRASFERIMENTO TITOLI AD ALTRI ISTITUTI

| | |
|---|---|
| Totale, con contestuale estinzione del rapporto | La Banca procederà esclusivamente al recupero delle spese applicate da soggetti Terzi intervenuti nell'operazione. Dette spese sono indicate nei fogli informativi a disposizione della clientela presso ogni locale aperto al pubblico. |
| In ipotesi di prosecuzione del rapporto e per ogni singolo valore mobiliare | € 0,00 |

### IMPOSTA DI BOLLO SU ESTRATTO CONTO TITOLI

Nella misura stabilita, tempo per tempo, dall'Amministrazione Finanziaria, attualmente pari al 2 per mille annuo e, per soggetti diversi dalle persone fisiche, con un limite massimo pari a euro 14.000.

## GIORNI VALUTA

### APPLICATI SU ACQUISTI, VENDITE E SOTTOSCRIZIONI

Vengono applicati i giorni previsti dal regolamento dei mercati di esecuzione e dal regolamento delle singole emissioni

### APPLICATI AL SERVIZIO DI GESTIONE E AMMINISTRAZIONE TITOLI
(numero giorni lavorativi successivi rispetto alla data in cui la Banca ha riscosso le somme per conto del Cliente)

| Voce | Giorni |
|---|---|
| Incasso dividendi | 0 |
| Incasso cedole | 0 |
| Incasso cedole obbligazioni di propria emissione | 0 |
| Incasso cedole su Titoli di Stato | 0 |
| Rimborso titoli scaduti o estratti | 0 |
| Rimborso obbligazioni di propria emissione | 0 |
| Rimborso Titoli di Stato | 0 |

## ALTRE CONDIZIONI ECONOMICHE PER SERVIZI DI RICEZIONE E TRASMISSIONE ORDINI - NEGOZIAZIONE - COLLOCAMENTO E DISTRIBUZIONE STRUMENTI FINANZIARI

### COMMISSIONI MAX PER TITOLI DI STATO ITALIANI PRENOTATI PER VALUTA GIORNO ASTA

| Voce | Importo |
|---|---|
| BOT aventi durata residua pari o inferiore a 80 giorni | |
| - Tasso nominale | 0,300 ‰ |
| - Minimo applicato | € 0,00 |
| BOT aventi durata residua compresa tra 81 e 140 giorni | |
| - Tasso nominale | 0,500 ‰ |
| - Minimo applicato | € 0,00 |
| BOT aventi durata residua compresa tra 141 e 270 giorni | |
| - Tasso nominale | 1,000 ‰ |
| - Minimo applicato | € 0,00 |
| BOT aventi durata residua pari o superiore a 271 giorni | |
| - Tasso nominale | 1,500 ‰ |
| - Minimo applicato | € 0,00 |

Nessuna commissione rispetto al prezzo ufficiale d'asta sarà richiesta per le sottoscrizioni di titoli di Stato diversi dai BOT. La Banca non addebiterà alcuna spesa per singole operazioni svolte su titoli di Stato acquisiti in asta.

Il presente documento di sintesi, composto da n. 3 pagine rappresenta l'unico atto esistente per parte di data indicata in dossier titoli intestato a ... MICHELE E DUSSAULT DENISE

| COMMISSIONI MAX PER RICEZIONE E TRASMISSIONE ORDINI | |
|---|---|
| Voce | Importo |
| Titoli di Stato | |
| - Tasso nominale | 3,000 ‰ |
| - Minimo applicato | € 10,00 |
| Titoli obbligazionari italiani | |
| - Tasso nominale | 3,000 ‰ |
| - Minimo applicato | € 10,00 |
| Titoli obbligazionari esteri | |
| - Tasso nominale | 3,000 ‰ |
| - Minimo applicato | € 10,00 |
| Titoli azionari italiani | |
| - Tasso nominale | 6,000 ‰ |
| - Minimo applicato | € 10,00 |
| Titoli azionari esteri | |
| - Tasso nominale | 6,000 ‰ |
| - Minimo applicato | € 10,00 |
| Diritti azionari e assimilabili | |
| - Tasso nominale | 6,000 ‰ |
| - Minimo applicato | € 10,00 |
| Diritti obbligazionari e assimilabili | |
| - Tasso nominale | 3,000 ‰ |
| - Minimo applicato | € 10,00 |
| Prestiti obbligazionari di propria emissione | |
| - Tasso nominale | 0,00 ‰ |
| - Minimo applicato | € 0,00 |
| Altri strumenti finanziari | |
| - Tasso nominale | 6,000 ‰ |
| - Minimo applicato | € 10,00 |

**NEGOZIAZIONE ED ESECUZIONE DI ORDINI PER CONTO DELLA CLIENTELA**

Si applicano le stesse commissioni indicate per la ricezione e trasmissione ordini, maggiorate delle eventuali spese.

**COLLOCAMENTO**

Per la prestazione del servizio di collocamento si applicano le commissioni previste nel prospetto di collocamento dell'emittente o indicate ne documentazione predisposta dalla società emittente i prodotti finanziari.

| SPESE MAX PER OPERAZIONE | |
|---|---|
| Voce | Importo |
| Operazioni in contro partita diretta | € 0,00 |
| Operazioni di raccolta ordine | € 3,60 |
| Operazioni di pronti contro termine | € 3,10 |
| Ordini ineseguiti | € 3,00 |
| Ordini revocati su richiesta del cliente | € 3,00 |

BCC TERR... VINCENZO DE' PAOLI
FILIALE M...

Il presente documento di sintesi, composto da n.3 pagine rappresenta un unico atto e costituisce parte integrante del suindicato dossier titoli intestato a COLELI MICHELE E DUSSAULT DENISE



**Subject:** POSTA CERTIFICATA: riscontro pec ad oggetto "Verifica Estratti Conto - Repubblica Argentina".
**Date:** 2019-07-03 15:55
**From:** "Per conto di: ufficiolegale@cert.bccterradilavoro.it" <posta-certificata@legalmail.it>
**To:** fgesualdi@milano.pecavvocati.it
**Reply-To:** "ufficiolegale@cert.bccterradilavoro.it" <ufficiolegale@cert.bccterradilavoro.it>

Egr. Avvocato,
con riferimento all'oggetto si comunica che dalle evidenze in nostro possesso il documento da Lei trasmesso in allegato alla pec emarginata denominato "Documento di sintesi contratto deposito a custodia e amministrazione titoli" datato 31/12/2018 e cointestato ai signori Colella Michele e Dussault Denise non risulta conforme ai documenti conservati nei nostri archivi, peraltro intestati al solo Colella Michele, nè i dati contenuti nel predetto documento di sintesi rispecchiano le nostre risultanze contabili, che non evidenziano negoziazione di titoli per l'anno 2018 e fino ad oggi.
Cordiali saluti.

--
_____
B.C.C. "TERRA DI LAVORO" S.VINCENZO DE' PAOLI
Gruppo Bancario Iccrea
******************************************************************
Direzione Generale
Via Madonna di Pompei, 4 - 81022 Casagiove (CE)
Tel. +39 0823 254200
bccterradilavoro@cert.bccterradilavoro.it
www.bccterradilavoro.it

La presente comunicazione e ogni suo allegato, proveniente dalla BCC "Terra di Lavoro" S.Vincenzo de' Paoli (aderente al Gruppo Bancario Cooperativo Iccrea), è destinata esclusivamente al soggetto indicato quale destinatario o ad eventuali altri soggetti autorizzati a riceverla. Essa contiene informazioni strettamente confidenziali e riservate, la cui comunicazione o diffusione a terzi è proibita, salvo che non sia stata espressamente autorizzata. Se avete ricevuto questa comunicazione per errore, Vi preghiamo di darne immediata comunicazione al mittente e di distruggere il contenuto. La informiamo inoltre che l'utilizzo non autorizzato del messaggio o dei suoi allegati potrebbe costituire reato. La BCC "Terra di Lavoro" S.Vincenzo de' Paoli tratta i dati personali in linea con il Regolamento Europeo 2016/679 (GDPR). Per informazioni può consultarsi la sezione "Privacy" sul sito della BCC.

AFFIDAVIT OF TRANSLATOR
REGARDING ACCURACY OF TRANSLATION

STATE OF NEW YORK )
:ss.:
COUNTY OF NEW YORK )

CHRISTINE WHITED, being duly sworn, deposes and says:

I am a lawyer employed by Cleary Gottlieb Steen & Hamilton LLP presently residing in New Jersey and working within the State of New York and declare:

I am proficient with the Italian language and the English language, have had prior experience in translating documents in those languages, have reviewed the translation of Annex A and Annex B to the Declaration of Raffaele Fiorentino (Annex A June 10, 2019 letter from Cleary Gottlieb to Banca di Credito Cooperativo Terra di Lavoro S. Vincenzo de' Paoli S.C.P.A and attachment; Annex B July 3, 2019 email from Banca di Credito Cooperativo Terra di Lavoro S. Vincenzo de' Paoli S.C.P.A to Cleary Gottlieb) from Italian into English and believe that the translation is complete and accurate.

_____
Christine Whited

Sworn to before me this
12th day of August, 2019

_____
Notary Public

Rachel D. Bronshtein
Notary Public, State of New York
No. 01BR6384051
Qualified in New York County
Commission Expires on December 24, 2023



# CLEARY GOTTLIEB STEEN & HAMILTON LLP

Piazza di Spagna 15
00187 Roma
T: +39 06 69 52 21
F: +39 06 69 20 06 65

Via San Paolo 7
20121 Milano
T: +39 02 72 60 81
F: +39 02 86 98 44 40

clearygottlieb.com

NEW YORK · WASHINGTON, D.C. · PARIGI · BRUXELLES · LONDRA
FRANCOFORTE · MOSCA · COLONIA · HONG KONG
PECHINO · BUENOS AIRES · SAN PAOLO · ABU DHABI · SEOUL

| | | |
|---|---|---|
| AVV. GIUSEPPE SCASSELLATI SFORZOLINI¹ | AVV. ALESSANDRO COMINO | |
| AVV. ROBERTO BONSIGNORE¹ | AVV. CATHERINE COSTAGGIU | |
| AVV. PIETRO FIORUZZI¹ | AVV. ROBERTO CUGNASCO | |
| AVV. VANIA PETRELLA | AVV. CRISTINA DIONISIO¹ | |
| AVV. C. FERDINANDO EMANUELE | AVV. JACOPO FIGUS DIAZ¹ | |
| AVV. MATTEO MONTANARO | AVV. LORENZO FREDDI¹ | |
| AVV. MARCO D'OSTUNI¹ | AVV. ALESSANDRO GENNARINO¹ | |
| AVV. CARLO SANTORO | AVV. DAVIDE RAUL GIANNI¹ | |
| AVV. MATTEO BERETTA | AVV. ALBERTA GIANNOTTI | |
| AVV. CARLO DE VITO PISCICELLI¹ | AVV. FRANCESCO IODICE | |
| | AVV. NATALIA LATRONICO | |
| AVV. FRANCESCO DE BIASI | AVV. FRANCESCO LIBERATORI | |
| AVV. G. CESARE RIZZA BAJARDO | AVV. ANDREA MANTOVANI¹ | |
| AVV. FRANCESCA GESUALDI¹ | AVV. BERNARDO MASSELLA DUCCI TERI¹ ³ | |
| AVV. GIANLUCA FAELLA | AVV. CHIARA MILITELLO | |
| | AVV. RICCARDO MOLÈ | |
| AVV. SAVERIO VALENTINO¹ | AVV. ANDREA NAPOLITANO | |
| AVV. FAUSTO CARONNA | AVV. MATTIA PAGLIERINI | |
| AVV. PAOLA ALBANO | AVV. CECILIA PARISINI¹ ² | |
| AVV. GEROLAMO DA PASSANO¹ | AVV. NICOLE BRUNELLA PUPPIENI¹ | |
| AVV. LUCIANA BELLIA | AVV. PAOLO RAINELLI | |
| AVV. LAURA PROSPERETTI | AVV. EVA REGGIANI | |
| AVV. PAOLO BERTOLI | AVV. GIULIA RIMOLDI | |
| AVV. GIANLUCA RUSSO | AVV. GIORGIO RISSO | |
| AVV. MARCO ZOTTA | AVV. VALERIO COSIMO ROMANO | |
| | AVV. DANILO SANTOBONI | |
| AVV. ALESSANDRO AIRAGHI | AVV. ALICE SETARI | |
| AVV. ALESSANDRA ANSELMI | AVV. DAVID SINGER¹ | |
| AVV. ROBERTO ARGERI | AVV. LUCA SPORTELLI | |
| AVV. GIANLUCA ATZORI | AVV. LORENZO VITALI | |
| AVV. LARISA BABIY | | |
| AVV. MANUELA BECCHIMANZI | | |
| AVV. LUCA BERNINI | | |
| AVV. CARLOTTA BONANOMI | | |
| AVV. CHIARA CAPALTI | | |
| AVV. FEDERICO CENZI VENEZZE¹ ⁴ | 1 | Member of the New York Bar |
| AVV. GIULIA CHECCACCI | 2 | Avocat à la Cour de Luxembourg |
| AVV. CLARA CIBRARIO ASSERETO | 3 | Member of the Washington, D.C. Bar |
| AVV. GIOVANNA CICCIOLI | 4 | Avocat au Barreau de Paris |
| AVV. FLAVIO CIOTTI | | |

Esteemed Banca di Credito Cooperativo Terra di Lavoro S. Vincenzo de' Paoli S.C.P.A.
Via Madonna di Pompei, 4 81022 — Casagiove (CE)
*Registered letter with return receipt*
*Sent by fax at the no. +39 0823 492527*
*Sent by certified mail to the e-mail address bccterradilavoro@cert.bccterradilavoro.it*

Milan, June 10, 2019

Subject: Abstract to securities dossier n. 006/11828/91 dated December 31, 2018 (Michele Colella and Denise Dussault) — Authentication request

Dear Sirs,

We write to you on behalf of our client, the Republic of Argentina, with reference to some copies of an abstract relating to securities with the dossier title 006/11828/91 (opened at the branch office of Mignano Monetlungo of your bank) addressed to Michele Colella and Denise Dussault (Attachment 1).

On the basis of the attached copies of the abstract, which were submitted by Michele Colella and Denise Dussault in the case number 04-CV-2710 pending against our client before the Court of the Southern District of New York, it appears that Michele Colella and/or Denise Dussault are holders of bonds issued by the Republic of Argentina for a total nominal value equal to USD 4,550,000.

Studio associato costituito in forma di Limited Liability Partnership iscritta in Inghilterra al N° OC310280 e regolata dalla Solicitors Regulation Authority.
L'elenco degli associati con i rispettivi titoli professionali è visionabile presso la sede sita in 2 London Wall Place, Londra EC2Y 5AU.
Lo studio, o uno studio a cui è associato, ha uffici nelle città suindicate.

Our client needs to receive a confirmation, on the part of your bank, as to the authenticity of the photocopies and the correctness of the information reported therein, taking any internal measures to verify that you deem necessary.

Kind regards,

| Ferdinando Emanuele, Esq. | Francesca Gesualdi, Esq. |
| /s/ | /s/ |





# ABSTRACT
## CONTRACT [FOR] CUSTODY DEPOSIT AND ADMINISTRATION OF SECURITIES

COLELLA MICHELE/DUSSAULT DENISE
VIA FORNILLON.18
81049 SAN PIETRO INFINE CE

SECURITIES DOSSIER N.006/11828/91
NAG CLIENT:03032086
CUSTOMER CLASSIFICATION: RETAIL CUSTOMER

MIGNANO MONTELUNGO, 12/31/2018

| ECONOMIC TERMS |
|---|

| ANNUAL EXPENSES FOR MANAGEMENT AND ADMINISTRATION ||
|---|---|
| Item | Amount |
| Government Securities | € 20.00 |
| Other Securities | € 20.00 |
| Total maximum applicable amount | € 20.00 |

**INFORMATION RELATING TO OPERATIONS [FOR] DEPOSITED SECURITIES N.006/11828/91 AS OF 12/31/2018**

| Security Code | Description | Amount/Nominal value | Currency | Price | Equivalent value gross in Euro | KV |
|---|---|---|---|---|---|---|
| US040114AN02 | ARG GOV GLOBAL BOND 11% | US$2,000,000 | USA | 0.00000 C | 0.00 | N/A |
| US040114ANO2 | ARG GOV GLOBAL BOND 11% | US$800,000 | USA | 0.00000 C | 0.00 | N/A |
| US040114ANO2 | ARG GOV GLOBAL BOND 11% | US$900,000 | USA | 0.00000 C | 0.00 | N/A |
| US040114A232 | ARG GOV GLOBAL BOND 11% | US$850,000 | USA | 0.00000 C | 0.00 | N/A |

**TOTAL PORTFOLOIO VALUE FROM 12/31/2018**

| OTHER FEES ||
|---|---|
| Item | Amount |
| Expenses for production/delivery [of] Account Statement:<br>- in paper form<br>- in electronic form | € 0.00\|<br>free |
| Frequency of delivery Account Statement: | quarterly |
| Expenses for production/delivery [of] Abstract:<br>- in paper form<br>- in electronic form | € 0.00<br>free |
| Frequency of delivery Abstract: | annual |
| Expenses for production/delivery for communication of contractual variations | free |

For the Client – Page 1 of 3

This abstract, composed of 3 pages represents a single record and is an integral part of the aforementioned securities dossier in the name of COLELA MICHELE AND DUSSAULT DENISE



| Return/delivery of material to the securities desk | € 0.00 |
|---|---|
| Reporting Capital Gain | € 0.00 |

| TRANSFER OF SECURITIES TO OTHER INSTITUITONS | |
|---|---|
| Total, with simultaneous termination of the relationship. | The Bank will proceed exclusively with recovery of costs assessed against Third parties involved in the transaction. These costs are set forth in the informational sheet available to clients at every office open to the public. |
| In the event of continuation of the relationship and for each security. | € 0.00 |

| STAMP DUTY ON SECURITIES ACCOUNT |
|---|
| For the amount established, from time to time, by the Financial Administration, currently equal to 2 per thousand per year and, for subject other than physical persons, with a maximum limit equal to euro 14,000. |

## HOLDING PERIOD

| APPLIED TO PURCHASES, SALES AND SUBSCRIPTIONS |
|---|
| The days provided by market rules for the execution and the regulation of single issuances are applicable. |

| APPLIED TO THE SERVICE OF MANAGMENT AND ADMINISTARTION (number of working days following the date the Bank received the sums from the Client) | |
|---|---|
| Item | Days |
| Dividend proceeds | 0 |
| Coupon proceeds | 0 |
| Coupon proceeds of own issue bonds | 0 |
| Coupon proceeds on government bonds | 0 |
| Reimbursement of matured or drawn bonds | 0 |
| Reimbursement of own issue bonds | 0 |
| Reimbursement of government bonds | 0 |

## OTHER ECONOMIC TERMS FOR RECEIPT AND TRANSMISSION SERVICES – NEGOATION – PLACEMENT AND DISTRIBUTION OF FINANCIAL INSTRUMENTS

| MAX COMMISSION FOR ITALIAN BONDS BOOKED FOR AUCTION VALUE DATE | |
|---|---|
| Item | Amount |
| BOT with a residual duration of less than 80 days<br>- Nominal rate<br>- Minimum applied | <br>0.300 %<br>€ 0.00 |
| BOT with a residual duration between 81 and 140 days<br>- Nominal rate<br>- Minimum applied | <br>0.500%<br>€ 0.00 |
| BOT with a residual duration between 141 and 270 days<br>- Nominal rate<br>  Minimum applied | <br>1.000%<br>€ 0.00 |
| BOT with a residual duration of more than 271 days<br>- Nominal interest rate<br>- Minimum applied | <br>1.500%<br>€ 0.00 |
| No commission with respect to the official auction price will be required for subscriptions to government bonds other than BOTs. The Bank will not charge any expenses for individual transactions carried out on government bonds acquired at auction. | |

This abstract, composed of 3 pages represents a single record and is an integral part of the aforementioned securities dossier in the name of COLELA MICHELE AND DUSSAULT DENISE

| Item | Amount |
|---|---|
| Government bonds<br>- Nominal rate<br>- Minimum applied | <br>3.000 %<br>€ 10.00 |
| Italian bonds<br>- Nominal rate<br>- Minimum applied | <br>3.000%<br>€ 10.00 |
| Foreign bonds<br>- Nominal rate<br>- Minimum applied | <br>3.000%<br>€ 10.00 |
| Italian company stock<br>- Nominal rate<br>- Minimum applied | <br>6.000 %<br>€ 10.00 |
| Foreign company stock<br>- Nominal rate<br>- Minimum applied | <br>6.000%<br>€ 10.00 |
| Equity and similar rights<br>- Nominal rate<br>- Minimum applied | <br>6.000 %<br>€ 10.00 |
| Debt and similar rights<br>- Nominal rate<br>- Minimum applied | <br>3.000 %<br>€ 10.00 |
| Repayment of own issue bonds<br>- Nominal rate<br>- Minimum applied | <br>0.00%<br>€ 0.00 |
| Other financial instruments<br>- Nominal rate<br>- Minimum applied | <br>6.000 %<br>€ 10.00 |

| [ILLEGIBLE] |
|---|
| The same fees apply for the receipt and transmission of orders, plus any other fees. |

| PLACEMENT |
|---|
| For placement services, the fees set forth in the issuer's prospectus or indicated in the documentation prepared by the company issuing the financial products shall be applied. |

| MAX EXPENSES PER TRANSACTION | |
|---|---|
| Item | Amount |
| Exact match transactions | € 0.00 |
| Order collection transactions | € 3.60 |
| Repurchase agreements | € 3.10 |
| Unexecuted orders | € 3.00 |
| Orders revocked at the request of the client | € 3.00 |

BCC TERRA DI LAVORO S VINCENZO DE' PAOLI
/s/

This abstract, composed of 3 pages represents a single record and is an integral part of the aforementioned securities dossier in the name of COLELA MICHELE AND DUSSAULT DENISE

| | |
|---|---|
| **Subject:** | CERTIFIED POST: PEC correspondence regarding "Check Account Statements – Republic of Argentina" |
| **Date:** | 2019-07-03 15:55 |
| **From:** | "On behalf of: ufficiolegale@cert.bccterradilavoro.it" <posta-certificata@legalmail.it> |
| **To:** | fgesualdi@milano.pecavvocati.it |
| **Reply-To:** | "ufficiolegale@cert.bccterradilavoro.it" <ufficiolegale@cert.bccterradilavoro.it> |

Dear Attorney,

With reference to the matter described in the subject line, we inform you that based on the evidence in our possession the document sent by you as an attachment to the certified email titled "Abstract of contract of deposit for custody and administration of securities" dated 12/31/2018 and jointly held by Colella Michele and Dussault Denise does not conform to the documents held in our archives, which are in the name of Colella Michele alone, nor does the information contained in the aforementioned abstract reflect our accounting records, which do not show any securities trading for the year 2018 and until today.

Kind regards,

--

B.C.C. "TERRA DI LAVORO" S.VINCENZO DE' PAOLI
Gruppo Bancario Iccrea
*******************************************************************************
General Address
Via Madonna di Pompei, 4 - 81022 Casagiove (CE)
Tel. +39 0823 254200
bccterradilavoro@cert.bccterradilavoro.it
www.bccterradilavoro.it

This communication and all its attachments, coming from the BCC "Terra di Lavoro" S. Vincenzo de 'Paoli (member of Gruppo Bancario Cooperativo Iccrea), is intended exclusively for the person indicated as the recipient or for any other persons authorized to receive it. It contains strictly proprietary and confidential information, whose communication or disclosure to third parties is prohibited, unless it has been expressly authorized. If you have received this message in error, we ask you to immediately notify the sender and to destroy its content. We also inform you that the unauthorized use of the message or its attachments could constitute a crime. The BCC "Terra di Lavoro" S. Vincenzo de 'Paoli holds personal data in line with European Regulation 2016/679 (GDPR). For more information, consult the "Privacy" section on the BCC website.